## In the United States District Court
### Western District Of Arkansas
_____ Division

Kyle Lee Graham #103564

_____

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Turn Key Health
Provider: Newcomb
Boone Co. Jail-Administrator Nathan
Jenkins

_____

*(In the space above enter the full name of each Defendant)*

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

### FILED
**United States District Court**

**Western District of Arkansas**

October 22 2025

**Office of the Clerk**

Case No. 3:25-CV-03074-CDC

*(To be filled out by Clerk's Office only)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

I.    **PLAINTIFF INFORMATION**

Kyle Lee Graham
Name (First, Middle, Last)                          Aliases

103564
Prisoner ID #, if any

Boone County Sheriffs Office
Place of Detention or Incarceration

5800 Law Drive
_____
Address (*If detained, facility address*)

Boone, Harrison                    Ar.                72601
_____
County, City                       State              Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☒ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____

_____

—

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:    Turn Key Health
                Name (Last, First)

                Jail Health Provider
                Current Job Title

                5800 Law Drive
                Current Work Address

                Boone, Harrison        Ar.              72601
                County, City           State            Zip Code

Defendant 2:    Provider: Newcomb
                Name (Last, First)

Provider for Turnkey Health (Boone Co Jail)
Current Job Title

5800 law Drive
Current Work Address

Boone, Harrison          Ar.          72601
County, City                State          Zip Code

Defendant 3:    Boone Co Jail @ (All)
Name (Last, First)

Sheriffs Office / Jail
Current Job Title

5800 Law Drive
Current Work Address

Boone, Harrison     Ar.          72601
County, City             State          Zip Code

Defendant 4:    Jenkins, Nathan
Name (Last, First)

Jail Administrator
Current Job Title

5800 law Drive
Current Work Address

Boone, Harrison     Ar.          72601
County, City             State          Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

### Claim Number 1:

Place(s) of
occurrence:    Turn Key Health /Boone Co. Jail

Date(s) of occurrence:    8/12/25 - Present

Name of Each Defendant Involved:

Turn Key Health
Boone Co. Jail
Provider: Newcomb
Jail Administrator Nathan Jenkins

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

I have a prosthetic leg below knee that is falling apart. Turn Key Health Provider Newcomb are refusing to address. I had to personally write "JPO Prothetics" to get them up here and a right leg so I was at least walking straight.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:    I came in (Newcomb) with a malfunctioning prosthetic. The provider told me " I should have taken care of it when I was out there: I wrote prosthetic provider "JPO" of Henson Ar. they came up here and did assessment and discovered it is majorally malfunctioning and Jail & Provider are refusing to fix it or give me a medical Furlough so I can take care of it myself.

What happened to you?

(Newcom)

**Who did what?**

I feel like the provider is just "Passing the buck" or knows prosthetics are expensive and is just trying to not take liability. The Jail (Boone Co) is standing behind the Provider/ Turnkey Health's decision. My leg not being in proper working order is causing calises on my stump and throwing off my "gate" giving me back issues, I initially lost my leg because of "staff" infection I got while hospitalized so any abrasions or blisters I recieve put me at risk for infection and or "Above Knee Amputation".

**How were you injured?**

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

I am in custody in Boone Co Jail, The provider under Turn Key Health is denying me medical services. I had to write TKO prosthetics to get them up here to align leg they did an inventory of leg the foot is broken, the socket is damaged, the locking pin is broke, all the socks, liners, & sleeves are stretched. I am in custody & feel my right to "medical care" is being violated.

**Claim Number 2:**

Place(s) of occurrence:   Boone Co. Sheriffs / Jail

Date(s) of occurrence: _____ N/A _____

Name of Each Defendant Involved:

_____ N/A _____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____ N/A _____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____ N/A _____

| What happened to you? | _____ |
|---|---|

| Who did what? | _____ |
|---|---|

| How were you injured? | _____ |
|---|---|

_____

_____

_____

_____

With regard to claim 2, are you suing Defendant(s) in his/her/their:

NA

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐   Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

N/A

**Claim Number 3:**

Place(s) of
occurrence:                    N/A

Date(s) of occurrence:     N/A

Name of Each Defendant Involved:

N/A

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

N/A

_N/A_

_State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you._

FACTS: _N/A_

| What happened to you? |
| --- |

| Who did what? |
| --- |

| How were you injured? |
| --- |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

_N/A_

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

_**If you are asserting an official capacity claim,** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights._

_N/A_

_____

_____

_____

_____

_____

## V.    RELIEF

_If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:_

☒    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☐    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐    Other relief (describe below).

_State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages._

I am asking that my prosthetic leg get fixed while Im in custody. Im asking that their is a knew procedure put in place for amputae Americans so they can recieve "proper" medical attention while in custody

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?                ☐ Yes    ☒ No

If yes, how many?  _____N/A_____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case?**                ☐ Yes    ☒ No

If yes, how many?  _____N/A_____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____N/A_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/15/25
_____
Dated

_____
Plaintiff's Signature

Kyle    Lee    Graham
_____
Printed Name (First, MI, Last)

163564
_____
Prison Identification #, if any.

5800 Law Drive          Harrison          Ar.          72601
_____
Prison Address              City              State        Zip Code

ASHLEY MARIE HORTON
Notary Public-Arkansas
Boone County
My Commission Expires 06-30-2033
Commission # 12725172

Ashley Marie Horton

Kyle L Graham #105569

Boone Co Jail

5800 Law Drive

Harrison, Ar, 72601

Received WD/AR

OCT 22 2025

U.S. Clerk's Office

10/17/2025
0348 0081823151

legal

Pro Se Law Clerk Office

35 East Mountain St, Suite 510

Fayetteville, Ar. 72701