IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**KYLE LEE GRAHAM**                                                     **PLAINTIFF**

V.                                **CASE NO. 3:25-CV-3074**

**TURN KEY HEALTH;**
**TURN KEY HEALTH PROVIDER NEWCOMB;**
**BOONE COUNTY JAIL; and**
**JAIL ADMINISTRATOR NATHAN JENKINS**                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff's claim against Boone County Jail is **DISMISSED** for failure to state a claim. This leaves for later resolution Plaintiff's claims against Defendants Turn Key Health, Turn Key Health Provider Newcomb, and Jail Administrator Nathan Jenkins.

The case remains **REFERRED**.

**IT IS SO ORDERED** on this 15th day of December, 2025.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  CHIEF UNITED STATES DISTRICT JUDGE